UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR.-07-0056 LKK |
| v. | ) |
| | ) |
| JASMIN JOHNSTON | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:     **JASMIN JOHNSTON, INMATE #07028070/PFN - DUC 407**

Detained at (custodian):

Detainee is:    a.)    (X) charged in this district by: ( ) Indictment   ( ) Information   ( ) Complaint
                           charging detainee with: Conspiracy to Commit Fraud and Related Activity in
                           Connection with Access Device
    or    b.)    ( )   a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( )   return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                         is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                  /s/ ROBIN R. TAYLOR
Printed Name & Phone No:   Robin R. Taylor (916) 554-2722
Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 5/4/07

                                                       /s/ [signature]
                                                   United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Female |
| Booking or CDC #: | Inmate No. 07028070/PFN - DUC 407 | DOB: 4/4/1985 |
| Facility Address: | Santa Clara County Jail | Race: |
| | 150 West Hedding | |
| | San Jose, CA 95110 | FBI #: |
| Facility Phone: | (408) 299-3545 | |
| Currently Incarcerated For: | Conspiracy to Commit Fraud and Related Activity in Connection with Access Device And other charges. | |

**RETURN OF SERVICE**

Executed on _____     By: _____
                                                                 (Signature)