JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JASMIN JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. 07-056-LKK
                                    )
           Plaintiff,               )   **ORDER**
                                    )   **FOR PRISON RECOMMENDATION**
     v.                             )
                                    )
JASMIN JOHNSTON,                    )
                                    )   Hon. Lawrence K. Karlton
           Defendant.               )
_____)

Defendant Jasmin Johnston, through counsel, hereby applies for an order recommending that she serve the 24-month sentence imposed in this case on August 16, 2011 at the women's federal prison in Dublin, California to the extent that placement there is consistent with space availability and her security classification. Counsel also asks that the judicial recommendation be included in the court's judgment. Counsel forgot to make this request in court at today's hearing. The reason for the request is that Johnston's family is in the Bay Area. Assistant U.S. Attorney Camil Skipper has no objection.

//

//

//

//

//

1 |                                     Respectfully submitted,

2 Dated:  August 16, 2011

3                                     /s/ John Balazs

JOHN BALAZS
Attorney for Defendant
JASMIN JOHNSTON

**ORDER**

**IT IS SO ORDERED.**

Dated: August17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2