# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JASMIN JOHNSTON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:07CR00056-02**<br><br>John Balazs<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges 1, 2, 3, 4, and 5 as alleged in the violation petition filed on June 17, 2011.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  June 2, 2010 .

   The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.


   **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect. While incarcerated, payment of any financial obligations are due during imprisonment of not less than $25 per quarter and payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 16, 2011
Date of Imposition of Sentence

*/s/ Lawrence K. Karlton*
Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

August 31, 2011
Date

CASE NUMBER: 2:07CR00056-02
DEFENDANT: JASMIN JOHNSTON

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | 06/20/2011 |
| 2 | Failure To Report An Arrest Or Contact with Law Enforcement Within 72 Hours | 04/06/11, 05/03/11, 05/23/11 |
| 3 | Leaving the Judicial District Without the Permission of the Court or Probation Officer | 04/26/11 - 05/28/11 |
| 4 | Association With a Person Convicted of a Felony Without the Permission of the Probation Officer | 06/20/11 |
| 5 | Failure to Complete 50 Hours of Unpaid Community Service at a Minimum of 8 Hours per Month | 06/20/11 |

CASE NUMBER:     2:07CR00056-02                                               Judgment - Page 3 of 3
DEFENDANT:       JASMIN JOHNSTON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      The Court recommends that the defendant be incarcerated in Dublin, California, but only insofar as this accords with security classification and space availability.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal